JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| WILMA R. GARDNER WATSON, | ) | NO. CV 13-8106-CJC (AS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that Defendant's Motion for Summary Judgment is granted and Judgment is entered in favor of Defendant.

DATED: January 29, 2015

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE